IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PROCTER & GAMBLE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON,<br><br>and<br><br>MCNEIL-PPC, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 08-CV-251<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT JOHNSON & JOHNSON'S
### ~~UNOPPOSED~~ MOTION TO DISMISS

Defendant, Johnson & Johnson, hereby makes a limited appearance to submit the following unopposed motion to dismiss under Fed. R. Civ. P. 21 without prejudice.

On May 2, 2008, Procter & Gamble sued Johnson & Johnson and McNeil-PPC, Inc. ("McNeil") for alleged infringement of U.S. Patent Nos. 6,949,240 and 6,551,579 (collectively, "patents-in-suit"). In its Complaint, Procter & Gamble defined "Defendants" to include Johnson & Johnson and McNeil, and alleged that "Defendants have been infringing and continue to infringe" the patents-in-suit "by manufacturing, using, selling and/or offering for sale products, including at least Listerine Whitening® Quick Dissolving Strips."

Counsel for Defendants has informed counsel for Plaintiff and now represents to this Court that Johnson & Johnson has never manufactured, used, sold and/or offered for sale the Listerine Whitening® Quick Dissolving Strips, the accused product in this case. Given this representation, the parties agree to have Johnson & Johnson dismissed from this case without

*Approved*
*Barbara B. Crabb*
*7/14/08*

prejudice.

    Plaintiff does not oppose this motion.

                                      Respectfully submitted,

Dated: July 10, 2008

                                      By:    /s/ David R. Bennett
                                              Anthony A. Tomaselli
                                              Kristin Graham Noel
                                              Quarles & Brady LLP
                                              33 East Main Street
                                              Suite 900
                                              Madison, Wisconsin 53703
                                              (608) 283-2615

*Of Counsel*
Harry J. Roper
Raymond N. Nimrod
David R. Bennett
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611-7603
Telephone: 312 222-9350
Facsimile: 312 527-0484

                                              One of the attorneys for Defendant
                                              Johnson & Johnson