IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PROCTER & GAMBLE COMPANY,

                Plaintiff,                        ORDER

v.

                                              08-cv-251-bbc

MCNEIL-PPC, INC.,

                Defendant.

---

On December 17, 2008, this court held a telephonic hearing on plaintiff's motion to compel discovery. *See* Dkt. 107. Both sides were represented by counsel.

First, after hearing from the parties, I agreed to enter an order directed at third party Lohman Therapy requiring it to comply with the Rule 45 subpoena issued by plaintiff.

Next I directed plaintiff to re-draft and re-submit Interrogatory 12 to avoid disputed loaded characterizations of defendant's actions regarding design and re-design, and to ask for this information on a timeline rather than with reference to defendant's purported intent. The goal is to insure that all responsive information has been provided by avoiding debater's points on language choice.

Finally, I ordered defendant to provide the withheld information arguably responsive to Request for Production 59 under an outside-attorney's eyes only confidentiality provision.

Each side will bear its own costs on this motion.

Entered this 17th day of December, 2008.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        STEPHEN L. CROCKER
                                        Magistrate Judge