IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PROCTER & GAMBLE COMPANY,

                Plaintiff,                ORDER

v.

                                      08-cv-251-bbc

MCNEIL-PPC, INC.,

                Defendant.

      For reasons stated on the record at the December 17, 2008 telephonic motion hearing, it is ORDERED that third party Lohman Therapy Systems Corporation shall produce all documents responsive to the Rule 45 subpoena served upon it by plaintiff Procter & Gamble Company in this lawsuit.

      Entered this 17th day of December, 2008.

                                      BY THE COURT:

                                      /s/
                                      _____
                                      STEPHEN L. CROCKER
                                      Magistrate Judge